

# Exhibit B




PL ENGINEERING, P.C.

# Building Evaluation Summary

## 165-35 145th Drive          Jamaica, New York 11434



# Facility Assessment and Recommendations
## June 8, 2020

# CONTENTS

I. GENERAL DESCRIPTION..............................................................................................1

II. BUILDING DESCRIPTION............................................................................................1

III. BUILDING CODE ANALYSIS.........................................................................................1

IV. GENERAL BUILDING CONDITION EVALUATION.............................................................3

    A. Cellar Level

    B. First Floor

    C. Second Floor

    D. Existing Building Floor Plans

V. BUILDING STRUCTURE EVALUATION..........................................................................8

    A. Cellar Level (walking surface and walls of cellar; ceiling of first floor)

    B. First Floor (walking surface and walls of first floor; ceiling of second floor/low roof)

    C. Second Floor (walking surface and walls of second floor; ceiling of roof)

VI. BUILDING AIR CONDITIONING AND HEATING SYSTEMS................................................10

    A. Cellar Level

    B. First Floor

    C. Second Floor

VII. BUILDING ELECTRICAL SYSTEMS...............................................................................16

    A. Existing Main Service and Metering

    B. Existing Emergency Generator

    C. Existing Lighting

    D. Cellar Level, First Floor & Second Floor Recommendations

    E. Fire Alarm Panel

VIII. BUILDING PLUMBING SYSTEMS.................................................................................24

    **CELLAR LEVEL:**

    A. Ceiling Leakage (open areas at northwest side of building)

    B. Ceiling Leakage (open areas at west side of building, slab under walk-in/rack ovens on first floor)

    C. Ceiling Leakage (above existing coolers at southwest side of building)

    D. Ceiling Leakage (women's locker room, lounge area, and lobby at south side of building)

    E. Storage Room Flooding

    F. Sewage Ejector Room Sewage Odors and Improper Installation of Funnel Drain

    G. Women's Locker Room Rusted Riser

    H. Discoloration and Deterioration of Cellar Ceiling's Spray Foam Insulation

    I. Cross Connection Compliance for Domestic Water Service

    J. Improper Pitch of Existing Sanitary/Waste Piping

**FIRST FLOOR:**

    A.  Hot Kitchen Floor Improper Waterproofing

    B.  Safety Concern for Uneven Floor Drain

**SECOND FLOOR:**

    A.  No Issues

**IX. FIRE PROTECTION SYSTEMS…………………..………………………………………………………..…….…32**

    **CELLAR LEVEL:**

      A.  No Sprinkler Coverage Provided for Storage Room & Liquor Storage Room

      B.  Cross Connection Compliance for Sprinkler Service

    **FIRST FLOOR LEVEL:**

      A.  Heat Trace for Sprinkler Pipe on First Floor Delivery Room.

    **SECOND FLOOR LEVEL:**

      A.  No Sprinkler Coverage Provided for Front Stairs and
          Second Floor

**X.  SUPPORTING PHOTOGRAPHS……………………………………………..…………………………………34**

      A.  General Building Condition Photographs

      B.  Building Structure Evaluation Photographs

# I.  GENERAL DESCRIPTION

Art of Form Architectural Services. PLLC (AOF) and PL Engineering, P.C. (PLE) were retained to provide architectural, structural, and engineering evaluation services for the existing building located at 165-35 145th Drive, Jamaica, New York 11434.

The report is based on the visual observations of both AOF and PL Engineering.  Our onsite building surveys were made to become familiar with the building layout and configuration as well to observe the existing Life Safety, Architectural, Structural, Mechanical, Electrical, Plumbing, Fire Alarm and Fire Protection Systems and Utilities.  The surveys provide a high-level current condition assessment of the building to identify any deficiencies, code violations and risks in the existing systems. We do indicate recommendations regarding improvements, repair and upgrades to the facility systems and conditions. The following report includes photographs and descriptions of work required because of these observations.

One major deficiency observed was the damage to the floor and floor structure below the hot kitchen on the first floor. It is recommended a flooring specialist be consulted for the kitchen area to provide options for the repair of the existing floor once the existing floor slabs below have been structurally repaired and reinforced at leakage areas. These repairs should include areas surrounding existing floor drain location.


# II.  BUILDING DESCRIPTION

The existing building is a two-story brick structure with a cellar. It is located on the northwest corner of 145th Drive and 167th Street, Jamaica, Queens, New York (Block: 13281, Lot: 29). The main entrance is located on 145th Drive. The building contains (7) loading dock doors on the east of the existing building.

The building was built in 1968. Square footage breakdown consists of:

Cellar floor plan = 11,550 sq.ft., 1st floor plan: 11,550 sq. ft., 2nd floor plan: 2,070 sq. ft.  Total square footage = 25, 170 sq. ft.

As per NYC Zoning Handbook 2018 Edition, the site is in Manufacturing Zone M1-1, as shown on Zoning Map 19b.

# III.  BUILDING CODE ANALYSIS

**NYC 2014 Building Code Analysis**

**Purpose:** Building Code Analysis is being provided to identify key characteristics of the existing building structure and life safety items required by the NYC Building Code and pertinent to the subject property. The Code Analysis is not provided to identify Non-Compliant portions of the building, but rather to supplement the findings indicated in this report and clarify the way the building was constructed and is being utilized as it relates to the NYC Building Code. All findings are based on the state in which the building was presented at the time the field report was performed.

**Occupancy Classification:**  Code Section: Chapter 3 Sections 304 &306

**Definition:** The purpose or activity for which a building or space is used or is designed, arranged, or intended to be used.

**304.1 Business Group B.** - Business Group B occupancy includes, among others, the use of a building or structure, or a portion thereof, for office, professional, service-type transactions, or for conducting public or civic services, including the incidental storage of records and accounts and the incidental storage of limited quantities of stocks of goods for office use or purposes.

**306.2 Factory Industrial F -1 Moderate** - Hazard Occupancy. Factory industrial uses which are not classified as Factory Industrial F-2 Low Hazard shall be classified as F-1 Moderate Hazard.

**Construction Classification:** Code Section 602

**Definition**: Type of construction utilized in the building superstructure and interior framing members. **602.2 Types I and II.** Types I and II construction are those types of construction in which the building elements listed in Table 601 are of noncombustible materials, except as permitted in Section 603 and elsewhere in this code

**Required Fire Ratings (Table 601)**
Structural Frame (Including Columns, Girder, Trusses)          0 Hrs.

Bearing Walls:
    Exterior:                                                 0 Hrs.
    Interior:                                                 0 Hrs.

Non-Bearing Walls & Partitions
    Exterior:                                                 0 Hrs.
    Interior:                                                 0 Hrs.

Floor Construction (including support beams & joists)          0 Hrs.
Roof Construction (including support beams & joists)           0 Hrs.

**Height and Area Limitations:** Code Section Table 503

**Definition:** Allowable Building Height and overall building area as permitted by the NYC Building Code

Allowable Area:                       24,375 S.F. (With area modifications)
Existing Building Area:               24,020 S.F.

Allowable Building Height (Stories)   3 Stories
Existing Building Height (Stories)    2 Stories

**Means of Egress:** Code Section Table 1004.1.1

**Definition:**  Calculations to determine the permissible number of persons allowed within the building to determine the required amount of egress a building must maintain to allow occupants to safely discharge the building.

| Occupancy | Gross Area (SF) | Multiplier | Occupant Load |
|---|---|---|---|
| Kitchen Area | 7,700 SF | 200 | 39 |
| Utility Area | 1,985 SF | 300 | 7 |
| Warehouse Area | 2,831 SF | 500 | 6 |

| | | | |
|---|---|---|---|
| Office Area | 3,170 SF | 100 | 32 |
| Storage Area | 7,753 SF | 300 | 26 |
| Locker Room | 581 SF | 50 | 12 |
| **Totals:** | **24,020 SF** | | **122 persons** |

**Number of Exits and Continuity:** Code Section Table 1021.1

**Definition:** Minimum Number of exits for calculated occupant load.

Occupant Load (persons per story): 1-500 persons      Minimum number of exits (per story):   2

# IV.  GENERAL BUILDING CONDITION EVALUATION

## A.  CELLAR LEVEL

The existing Cellar Level is used for dry storage, coolers/freezers, mechanical rooms, men's and women's toilets, men's and women's lockers rooms and breakroom. The overall Cellar Level lacks sufficient exit and emergency lighting for the path of egress as per NYC Building Code 2014, Section BC 1101 Exit Signs and Section 1101.2 Illumination. Section 1101.2 indicates that exit signs shall be internally or externally illuminated.

Emergency lighting is as per Section BC 1006 Means of Egress Illumination. Section 1006.1 indicates that exit, exit discharges and public corridors shall always be illuminated by either daylight or electric light fixtures. Section 1006.3.1 Emergency Power Source indicates that the emergency power system shall provide power for a duration of not less than 90 minutes and shall consist of storage batteries, unit equipment or an on-site generator.

***We recommend a new emergency and exit light fixture be installed at existing man door in the Loading Area C124, Utility Area C109, Boiler Room C110, (2) in Dry Storage C118, (2) in Storage C127, (2) in Corridor C128, Break Room C101 and Lower Lobby C100.***

1.      Existing Boiler Room C110
        The existing Boiler Room walls contain pipe penetrations that are unprotected.
        As per NYC Building 2014, Section 509 Incidental Uses, Table 509, boiler rooms
        require 2-hour fire rated construction. Doors are also to be 1 ½ hour rated and
        provided with door closers. After examining the existing doors, no fire label tag
        was found.

***We recommend replacing the existing pair of doors with new 1 ½ rated hollow metal doors and frame with doors closers. Provide 2-hour rated firestopping at all openings in walls, floors and ceilings in the Boiler Room.***

2.      Existing Mechanical Room C126
        The existing service steps to the Mechanical Room C126, was as wide as the
        door openings they served. This is a dangerous condition especially when there
        are no handrails provided. If handrails were installed on the existing steps, the
        doors would not be able to open fully for access.

*We recommend widening both service stairs to accommodate door openings and providing handrails on both sides of both steps as per NYC Building Code Sections 1009.05 Stairways and 1009.12 Handrails.*

    3.      Existing Mechanical Room C126.
Also observed in Mechanical Room C126 were openings in the concrete/ masonry walls for ductwork which were not reinforced.

*We recommend the installation of steel angle lintels at all existing openings in concrete/masonry walls in this area as per NYC Building Code 2014 Section 1601 General Structural Design.*

    4.      Existing Electrical Room C119
The existing Electrical Room walls contain pipe and conduit penetrations that are unprotected. As per NYC Building 2014, Section 509 Incidental Uses, Table 509, electrical rooms require 2-hour fire rated construction.

*We recommend installing 2-hour rated firestopping at all openings in walls, floors and ceilings in the Electrical Room.*

    5.      Existing Janitors Closet C129
Existing Janitors Closet has ceiling tiles missing and exhaust fan hanging with flex duct. Portions of existing drywall shows water damage.

*We recommend installing new ceiling tiles to match existing building standard, repair exhaust fan and replace damaged drywall once water leaks have been repaired.*

    6.      Existing Men's Locker Room C103, Men's Toilet C104, Existing Women's Locker Room C105 and Existing Women's Toilet C106 toilet stalls do not meet minimum ADA width standards and minimum approach clearances for wheelchair access. The required grab bars were missing, and the plumbing fixture heights and accessories do not meet standards. Piping below sinks need to be covered to avoid injury to users.

*We recommend the rooms be altered to provide required ADA toilet stall (7'-6" x 8'-0") with all the required clearances, fixture heights and accessories. This will include partition revisions, door revisions, plumbing fixture removals and relocations.*

    7.      Existing egress door from Corridor C128 to Lower Lobby C100 does not meet push/pull clearance requirements as per (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances.

*We recommend the existing door and frame be removed. Construct new alcove and relocate door and frame to provide required clearances as per code.*

## B. FIRST FLOOR

The existing first floor is used for production, hot kitchen, storage, loading and receiving areas. Access is from a stairway at a mid-landing at grade.

1. Main building entrance is at the existing lobby stair mid landing. This entrance does not meet requirements of the NYC Building Code 2014 Section BC 1101 for Accessibility. Section BC 1105 Accessible Entrances states that all public entrances shall be accessible. Access to additional floors is only by stairwell.

2. The existing egress door in the stairwell on the southwest side of the building from the first floor has been blocked up and eliminated. This exit is required for the second means of egress from the first floor as per NYC Building Code 2014 Chapter 10 Means of Egress, Section 1021 Number of Exits and Continuity and Table 1021.1 Minimum Number of Exits for Occupant Load.

*We recommend providing a new 1 ½ hour rated door and frame with panic exit hardware within the existing masonry opening. Provide new weather-stripping and door closer as required.*

3. Existing doors entering the first-floor lobby do not swing in the path of egress as required by NYC Building Code 2014 Section BC 1008 Doors, Gates and Turnstiles. Section 1008.1.2.2 Direction of Door Swing states doors shall swing in the direction of egress travel.

*We recommend removing existing doors and frames and providing a new 1 ½ hour rated doors and frames swinging in the path of exit. Provide new door closers and hardware as required.*

4. The overall First Floor lacks sufficient exit and emergency lighting for the path of egress as per NYC Building Code 2014 Section BC 1101 Exit Signs and Section 1101.2 Illumination. Section 1101.2 indicates that exit signs shall be internally or externally illuminated.

5. Emergency lighting is as per Section BC 1006 Means of Egress Illumination. Section 1006.1 indicates that exit, exit discharges and public corridors shall always be illuminated by either daylight or electric light fixtures. Section 1006.3.1 Emergency Power Source indicates that the emergency power system shall provide power for a duration of not less than 90 minutes and shall consist of storage batteries, unit equipment or an on-site generator.

*We recommend new emergency and exit light fixtures be installed at Production 103, freight elevator alcove 105, Prep 107, Staging 109, Cooler 110, Wash 111, Receiving & Staging 114, W.I. Cooler 115, Staging W.I. 116 and Loading Area 117.*

6. Existing roof scuttle opening requires additional steel reinforcing at metal roof decking.

*We recommend the installation of steel angles to the underside of existing metal roof in this area as per NYC Building Code 2014 Section 1601 General Structural Design.*

7. Existing egress door at Loading Area 117 does not meet minimum door width and push/pull requirements. Existing door is 2'-0" wide. Minimum width required is 2'-8". Push/pull clearance requirements are 1'-0" on push side and

1'-6" on pull side. Existing partition adjacent to door prohibits pull side clearance required.

***We recommend removing existing door and frame, increasing masonry opening, altering adjacent partition and providing a new 1 ½ hour rated door and frame with new door closer and hardware as required.***

## C.  SECOND FLOOR

The existing second floor is used for administrative offices, open workstations, conference rooms and prep kitchen. Access is from a stairway at a mid-landing at grade.

1. Existing door entering the Second Floor Lobby 200 does not swing in the path of egress as required by NYC Building Code 2014 Section BC 1008 Doors, Gates and Turnstiles. Section 1008.1.2.2 Direction of Door Swing states doors shall swing in the direction of egress travel.

***We recommend removing existing door and frame and providing a new 1 ½ hour rated doors and frames swinging in the path of exit. Provide new door closers and hardware as required.***

2. Existing toilets, 201 and 202 do not meet NYC Building Code 2014 Section BC 1101 for Accessibility (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances.

3. Existing entry doors to existing toilets 201 and 202, do not meet minimum door width and push/pull requirements. Existing doors are 2'-0" wide. Minimum clear door width required is 2'-8". Existing corridor is 3'-0" wide prohibiting push/pull clearance requirements of 1'-0" on push side and 1'-6" on pull side.

4. Toilet stalls do not meet minimum ADA width standards and minimum approach clearances for wheelchair access. Required grab bars were missing. Plumbing fixture heights and accessories do not meet standards. Piping below sinks need to be covered to avoid injury to users.

***We recommend providing all required items and accessories as per (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. Major reconstruction of existing toilet areas and conference room will be required to achieve push/pull, 5'-0" clear turning radius and door approach requirements.***



**CELLAR**

**FIRST FLOOR**

**SECOND FLOOR**

# D. EXISTING BUILDING PLANS
SCALE: N.T.S.

13

# V.  BUILDING STRUCTURE EVALUATION

## A.  CELLAR LEVEL (walking surface and walls of cellar; ceiling of first floor)

1.  The first-floor framing consists of a flat plate reinforced slab supported by structural steel beams.  See photo #1.

2.  Most of the ceiling is covered by a sprayed-on insulation material.

3.  At several areas, the existing slab has begun to deteriorate.  This is most likely the result of long-term exposure to moisture and water.  The existing steel reinforcing bars have been exposed and have begun corroding.  If left unrepaired, the reinforcing bars will lose their load-carrying capability and the floor will lose stability. See photos #2, #3, #4 and #5.  This condition should be addressed immediately.

4.  The structural steel beams supporting the concrete slab show signs of deterioration.  Rust has begun to form on the beam surfaces.  If left unrepaired, the steel beams will lose their load-carrying capability and the floor will lose stability.  This condition should be addressed immediately.

*We recommend the existing insulation material to be removed on all portions of the slab and structural steel where slab damage is visible. The following should be done at all areas where structural reinforcement is visible:*

- *Scrape reinforcing steel and apply SIKA Armatec 110 EPOCEM sealer.*

- *Scrape surface of concrete and apply SIKADUR32 HI-MOD bonding agent.*

- *Install non-shrink grout, SIKAREPAIR 223 or equal.  Grout strength shall be 3,500 psi min.*

- *Seal underside of slab with SIKAGUARD 705-L.*

5.  Several trough drains have been cut into the existing slab. See photos #6, #7 and #8. The trough drains completely cut through the slab and its reinforcing. It is unclear if additional reinforcing was added to the slab to compensate for the cut reinforcing.  Cutting the existing reinforcing without adding additional support can cause the floor to become unstable.  This condition should be addressed immediately.

*We recommend the trough drains be removed so the slab can be further inspected and evaluated by a licensed structural engineer.  As an alternative, install new W8x18 structural steel beams at perimeter of openings.  Assume 40 feet of beams are required for each trough.*

6.  The canopy extending from the East façade of the building, above the loading docks is deteriorating. See photos#9, #10 and #11.  While the canopy is not a major structural element, it does provide functionality to the building.  If the steel framing becomes inadequate, the roof above the canopy could begin to tear, leading to potential water infiltration issues within the building.  This condition should be addressed within the next 1-2 years.

*We recommend steel beams be scraped and painted with a zinc rich paint. We also recommend an up-close inspection to determine if any sections of the fanboy framing need to be replaced. For budgeting purposes assume 10% of the steel requires replacement.  Replace steel framing with C8x18.7 steel beams. Replace metal deck with 1 ½" deep, 20 gage metal decking.*

**B. FIRST FLOOR (walking surface and walls of 1st floor; ceiling of 2nd floor/low roof)**

1. Several large commercial ovens and commercial kitchen equipment is installed on the second-floor slab. It is unclear if the slab was designed for this equipment.

*We recommend a licensed engineer be retained to analyze the existing slab for the existing kitchen equipment. If the slab requires reinforcement, structural drawings shall be prepared to adequately depict the required repairs.*

2. Several full height freezers are located on the second floor.

*We recommend a sample of the roof penetrations be inspected to determine if they require repair.*

**C. SECOND FLOOR (walking surface and walls of 2nd floor; ceiling of roof)**

1. No deficiencies observed.

# VI. BUILDING AIR CONDITIONING & HEATING SYSTEMS

## A. CELLAR LEVEL

### Office Areas

1. The existing cellar office space lacks the necessary ventilation as required by code. This space shall be provided with minimum ventilation rates as per NYC Mechanical code table 403.3. In several areas we observed supply outlets and ductwork, but this system appears to be disconnected and abandoned. The existing office areas have no means of ventilation which creates many air-quality issues which are noticeable in the space such as excess of moisture, inadequate air exchange, condensation and lingering odors.

*We recommend providing an air conditioning system capable of providing ventilation in the cellar space as required by the NYC Mechanical code table 403.3. This air conditioning system shall keep the space at a minimum of 68 degrees Fahrenheit (NYC BC Table 1204.1) introducing treated air at the rate established by the NYC mechanical code section 403.*

*The treated air can be introduced into the space using rooftop units, fan coil units or indoor package units with built-in dehumidifiers utilizing rigid ductwork with aluminum air outlets rated for humid environments. This system will help to maintain safe moisture levels and protect the space from mold and water damage.*

### Open Area and Storage of Consumable Products.

2. The existing open space used as storage is being heated by steam unit heaters that were not functioning at the time of the walk-through; therefore, the temperature in the space is below NYC BC requirement (table 1204.1). The fact that these unit heaters are not functioning can be due to several reasons such as dirty heating coils, dead unit heater fans, blocked steam piping, dirty steam trap and/or strainer due to lack of maintenance.



NON-OPERABLE

*We recommend bringing a technician to service the system, including the boilers, clean the strainers and traps and determine if the unit heaters can be refurbished or they should be replaced.*

3. The lack of ventilation, temperature control and poor air quality in the open areas of the cellar level is creating an excess of moisture and condensation which is easily seen in several areas especially above the freezers. This issue is created when the warm, moist air encounters the cooler walls and roof of the freezers. The user has tried to solve this issue by the installation of two self-contained MS-600 dry air dehumidifiers, running flexible ductwork above the freezers but the result has not been satisfactory. This "fix" only works as a bandage to a much bigger problem which is the lack of adequate ventilation and humidity control thought the cellar.

*We recommend providing Mechanical ventilation by means of an air conditioning unit with built-in or a stand alone dehumidification system to achieve a minimum of 0.06 cfm per square feet as required by the NYC Mechanical code section 403.3 of treated outdoor air. This system shall be capable of maintaining the relative humidity below 50 percent as recommended by ASHRAE guidelines. Flexible ductwork shall not be used in any dehumidification system.*



**HUMIDIFIERS DUCTWORK ABOVE FREEZERS**



**STAND-ALONE DEHUMIDIFIERS**



**DRY AIR MS-600**

**Mechanical Rooms**

4. The boiler room houses two Fulton Fuel-Fired Steam Boilers Model No. FB-030-A w/an input of 1,260,000 Btu/h, and one Laars Mighty Therm Model No. PW1430IN09vC1ACCV w/ an input of 1,430,000 Btu/h. The existing louver servicing this space is allowing water into the building creating a hazard condition for the building occupants, deteriorating the building structure and equipment integrity. The louver is undersized assuming the blades allow for a 50% of free area (standard louver) which will mean that this louver only provides about 648 square inches of free area which does not comply with code. The height of this louver in reference to the ramp represents a hazardous condition since snow and rodents can access the interior of the building through the louver openings.

*We recommend replacing the existing louver with a new drainable blades louver as required by the NYC mechanical Code section 703.1.2 which states that this louver needs to provide a minimum of 1,317 square inches of free area. This louver shall receive an "A" rating according to AMCA Standard 550 for wind- driven rain penetration for a 50 mile per hour (80.4 km/h) wind velocity with a rainfall rate of 8 inches (203 mm) per hour.*

*The new louver shall be of a rectangular shape installed as high as possible to allow for at least 30 inches from the finish grade on the outside of the building if possible. This louver shall also be provided with an insect screen.*



**UNDERSIZED EXISTING BOILER ROOM LOUVER**

5. The conditions of the equipment inside the boiler room were not optimal. The fans were not functioning and are required for the optimal performance of the boilers. Since the boiler room is fire rated by code (Table 509 NYC BC), all the penetrations into this room must be fire stopped but fire stop is missing in several locations which is a violation of the NYC Building code 2014.

*We recommend bringing a technician to service these fans to determine if replacement is needed.*
*All the piping penetrating the boiler room must be fire-stopped as per section 713.4.1.1.2 of the NYC BC.*



**EXISTING BOILER ROOM FANS**



**FIRE STOP NOT APPLIED TO PIPES IN BOILER ROOM**



**SEWER EJECTOR EXHAUST FAN MUST BE REPLACED**

6. The exhaust fan in the sewage ejector pump room is damaged beyond repair and was not functioning at the time of the walk-through. The lack of exhaust air in this room creates a hazardous condition not only for the occupants, but for the people consuming the food prepared and stored in this building. The lack of ventilation in this room is a violation of the NYC Mechanical code section 403.

*The replacement of this fan is critical since the lack of ventilation in this room allows for contaminants to spread throughout the entire floor putting in danger the health of the occupants and the people consuming the products. This fan should be replaced immediately.*

**Locker Rooms, Toilet Rooms and Lounge Area.**

7. The existing lockers and toilets are provided with exhaust grilles connected to rigid and flexible exhaust ductwork, but this system is not in operation. As per NYC Mechanical code section 403.3, the toilets shall be ventilated at a rate of 50 cfm per fixture if this ventilation is constant and 70 cfm per fixture if this ventilation is intermittent. The Locker room areas shall be provided with an exhaust rate of 0.25 cfm per square feet as required by the NYC Mechanical code section 403.3. The lack of ventilation in these areas is against code and a health hazard for the current occupant.

*We recommend replacing the entire system including exhaust fan at roof level and to replace all the existing ductwork with rigid ductwork and aluminum grilles.*
*Please note that no flexible ductwork shall be used in exhaust applications.*

8. The existing lounge area lacks proper ventilation as well. This area is provided with a unit heater that is not in operation. This area shall be provided with minimum ventilation of 5 cfm per person plus 0.06 cfm per square feet of treated outdoor air as required by NYC MC.



**INOPERABLE UNIT HEATERS**

*We recommend providing an air conditioning system capable of providing the ventilation required into this space as required by the NYC Mechanical ode table 403.3. The air provided must be treated air to avoid any air quality and moisture issues.*

## B.   FIRST FLOOR

**Shipping and Receiving Area**

1. The existing shipping and receiving area lack proper ventilation and pressurization as established by ANSI/ASHRAE Standard 62.1. This space shall be provided with air curtains to keep the warm air out and a proper ventilation system to maintain the space under negative pressure to avoid air from these areas to access the food preparation areas. This existing area has no means of ventilation or heating.

*We recommend installing air curtains above each overhead door and to provide an air conditioning system capable of providing a minimum of 0.12 cfm per square feet of treated outdoor air for this area. We also recommend installing an exhaust system to maintain the space under negative pressure.*



**SHIPPING AREA OVERHEAD DOORS**

**Shipping Coolers**

2. Some refrigeration issues were observed during the walk-through such as water leaks, icing on refrigeration piping and the temperature reading errors. Sometimes when the walk-in is not maintained properly or when it passes its life expectancy period, the walk-in wall insulation might be saturated with ice or water. This water will later leak from the panels creating a problem and hazardous conditions for the user. Ice build-ups were noticeable in several locations of these walks-ins located on the first floor. This issue might be caused by low refrigerant levels or the presence of warm, humid air in the walk-in. The walk-in door may not be sealing properly because of old or damaged gaskets. Without a proper seal, outside air can enter the freezer and cause problems. The existing shipping cooler equipment should follow the ASHRAE refrigeration standards.

*A refrigeration contractor should check if the fan delay relay has failed or if the refrigerant system is fully charged. This contractor should also check the integrity or condition of the walk-in walls, doors, and seam gaskets to det ermine if replacement is needed.*



**ICE ON REFRIGERATION PIPING**



**ICE ON REFRIGERATION PIPING**

**Packing Room**

1. The existing packing room should be provided with adequate ventilation to minimize odors and vapors (including steam and noxious fumes) in areas where they may contaminate food and should be under positive pressure, but this is not the case. This area is not provided with any kind of ventilation which is a violation of ANSI/ASHRAE Standard 62.1 and chapter 4 of the NYC MC.

*We recommend installing a proper air system capable of provide adequate ventilation or control equipment to minimize odors and vapors (including steam and noxious fumes) in areas where they may contaminate food. Locate and operate fans and other air-blowing equipment in a manner that minimizes the potential for contaminating food, food-packaging materials and food-contact surfaces.*

**Kitchen Area**

2. The existing kitchen ventilation system consists of an existing gas fired roof-top filtered make-up air unit that is not functioning correctly. The control panel of this unit located in the kitchen seems to have no control over the unit, allowing the unit to release only cold air even though a heating coil is part of the equipment. This control is outdated, and it was not maintained correctly. This condition is critical since an excess of moisture is being created when the cold air mixes with the steam from the cooking equipment. This situation is creating unbearable working conditions in the space to the point that the workers cannot tolerate the poor air quality conditions and temperature inside that space. The lack of ventilation in this area is violation of the ANSI/ASHRAE Standard 62.1 and section 403.3 of the NYC MC.

3. A second make-up air unit was located at roof level (Captive air A3--750-G18). This unit is providing make up air to the captive air grease hood model KVE.

*The make-up air unit servicing the kitchen area must be replaced. The unit model number/serial number or capacity were not visible, and further investigation is needed to determine the capacity of the unit but, the physical state of the same indicates that the unit life expectancy might be overdue, or the equipment was not appropriately maintained.*

*The existing Captive Air make-up air unit servicing the kitchen grease hood must be tested and cleaned. This unit is interlocked with the hood exhaust fan and ansul system. The sequence of operation must be tested by a certified technician to know if the system is working correctly.*



**GAS FIRED MAKE-UP AIR UNIT CONTROLS TO BE TESTED**



**EXISTING MAKE-UP AIR UNIT CONTROLS**

4. The diffusers used in the make-up air unit servicing this space are inadequate since they create a short cycle between the air being exhausted and the air being provided. The existing 4-way diffusers are not recommended for this application and need be replaced.

*We recommend the use of perforated diffusers to introduce the air into the space where the air is directed downwards. Please note that the velocities in these diffusers shall not exceed 150 fpm from any section of the diffuser and the distance to the lower edge of the hood should not be less than 18 inches.*

**Preparation Room**

     5.     The existing preparation room should be provided with adequate ventilation to prevent any contamination to the food being prepared and should be under positive pressure. Currently this area is not provided with any kind of ventilation. The lack of ventilation in this area is violation of the ANSI/ASHRAE Standard 62.1 and section 403.3 of the NYC Mechanical Code.

*We recommend installing a proper air system capable of providing adequate ventilation and locate and operate air-blowing equipment in a manner that minimizes the potential for contaminating food and food-contact surfaces.*

**Dishwashing Area**

     6.     The existing dishwashing area is not currently in use because the dishwasher is not installed as per code requirements. There are inadequate working spaces between disconnect switches and dishwasher. Please refer to the electrical section of this report for further details.

*We recommend relocating the dishwashers disconnect and switches to safely operate the dishwasher. Operating the dishwasher as it is currently installed is a fire hazard and is not permitted by the NYC Mechanical Code.*

**Lower Roof Area**

     7.     Roof mounted equipment is located less than 10 feet from the roof edge. This is not permitted as per NYC Mechanical Code, Section 304.11, without a fall protection system.

*We recommend installing guards as required by per NYC Mechanical code. These guards shall extend not less than 30 inches beyond each end of such appliances, equipment, fans, and the top of the guard shall be located not less than 42 inches above the elevated surface adjacent to the guard. The guard shall be constructed to prevent the passage of a 21-inch-diameter sphere and shall comply with the loading requirements for guards specified in the New York City Building Code.*

*We also recommend all abandoned and non-functional equipment at roof level to be removed and the roof membrane must be properly patched and sealed. Having equipment openings sealed with plastic bags are not acceptable and can create hazardous conditions if insects and other classes of visitors can access the food preparation areas through these openings.*


EXISTING EQUIPMENT LOCATED LESS THAN 10 FEET FROM BUILDING EDGE


EXISTING EQUIPMENT LOCATED LESS THAN 10 FEET FROM BUILDING EDGE


ABANDONED EXHAUST FAN

# VII. BUILDING ELECTRICAL SYSTEMS

### A. EXISTING MAIN SERVICE AND METERING

The existing electrical service to the referenced building is provided by Con Edison and enters the premises from 145th Drive at the cellar level. The incoming service wires are two (2) sets of 4#500MCM aluminum wires. The service is 800 Amps, 120/208Volts, three phase, four wire and terminated at the current transformer compartment cabinet. A service feed from a pole transformer and the electrical room is in the cellar. The electrical service is distributed from the current transformer compartment cabinet to multiple devices (MDP Panelboard, main circuit breaker disconnects, main disconnect switch and another MDP Panelboard). These devices made up for a total of eight (8) service disconnects means.



POLE MOUNTED TRANSFORMER



CT AND FIRST MDP PANEL BOARD



MAIN DISCONNECT SWITCH AND SECOND MDP

The existing distribution devices (MDP Panelboards, main circuit breaker and main disconnect switch) are made up of fused and circuit breaker type panelboards and disconnect switch, and supply power to the panels on each floor, elevator equipment, walk-in cooler and freezer, and mechanical equipment. Existing panels throughout the floors appear to feed receptacles, lighting, and miscellaneous branch circuits.

### B. EXISTING EMERGENCY GENERATOR

Existing Onan Electric Gen Set, Model No. 30.0EK-15R, 37.5 KVA, 104 AMPs, 120/208Volts, 3 phase, 4 wire, was present on cellar. This generator was not connected to the electrical system and not working (abandoned and irreparable).

## C. EXISTING LIGHTING

The building is furnished with T12 and T8 fluorescent light fixtures.

## D. CELLAR LEVEL, FIRST FLOOR & SECOND FLOOR RECOMMENDATIONS

### Main Electrical Room

1. We observed that the existing electrical service did not comply with NYC Electrical Code and NFPA 70 (National Electrical Code) As per NEC 230.71, Maximum Number of Disconnects, the service disconnecting means for each service permitted by NEC 230.2, or for each set of service-entrance conductors permitted by NEC 230.40, and it shall consist of not more than six switches or sets of circuit breakers, or a combination of not more than six switches and sets of circuit breakers, mounted in a single enclosure, in a group of separate enclosures, or in or on a switchboard or in switchgear.

*There shall be not more than six sets of disconnects per electrical service grouped in any one location, but based on our walkthrough, the existing service has eight disconnects, and it exceeds six disconnects as noted on the above NEC 230.71. The present condition of existing electrical service has a violation of the National Electrical Code (NEC).*

2. The electrical service to the building appears to be inadequate for the present loads. The service capacity should be verified upon determination of the walk-in cooler and freezer equipment loads, mechanical loads, equipment loads, servers and computer loads, dumbwaiter load, elevators loads, and as well as lighting systems.

*An amp probe reading was taken on March 3, 2020 at approximately 9:10 a.m., and at the time of the amp probe reading, the building was in operation at 10%, and the temperature outside was 44 °F. The following devices in the building were in operation at the following capacity:*
- *100 %: Fluorescent light fixtures*
- *100 %: Computers and Servers*
- *25 %: Walk-In Coolers and Freezers (25% of the compressors were operational),*
- *15 %: All Equipment throughout the building*

*We recorded a reading of 289 Amperage at the time of our walkthrough, and the incoming two (2) sets of 4#500MCM aluminum at 75°C (167°F) is rated for only 620 Amperage, even though, existing service is 800 Amperage. Since current electrical service is rated for 620 Amperage as per the incoming service wires, the building electrical service cannot handle the building at 100% operation on a hot summer day (in the months of July and August). We recommend upgrading existing 800 AMP electrical service to a new 1200 AMP, 120/208Volts, 3 Phase, 4 Wire electrical service to accommodate the facility equipment and devices.*

*Several electrical panels located throughout the cellar (electrical room and storage area) have missing covers and should be enclosed to prevent unauthorized access to minimize accidental contacts with energized parts. As per National Electrical Code (NEC), Article 110, Section 110.27, Guarding of Live Parts, live parts shall be guarded against accidental contact. Live parts of electrical equipment operating at 50 volts or more shall be guarded against accidental contact by approved enclosures.*

3. The required engraved name plates labeling all electrical panels are missing as per NEC 110.22(A) identification of disconnecting means. Each disconnecting means shall be legibly marked to indicate its purpose unless located and arranged so that the purpose is evident. The marking shall be of enough durability to withstand the environment involved.

4. Each disconnecting means shall be legibly marked to indicate its purpose. Each

service, feeder, and branch circuit, at its disconnecting means or overcurrent device, shall be legibly marked to indicate its purpose. These markings shall be of sufficient durability to withstand the environment involved.

***We recommend installing new name plate labeling on panels and disconnect switches.***

5.  The required directories inside the panel doors are missing and incorrect. As per NEC 408.4(A) Circuit Directory or Circuit Identification. Every circuit and circuit modification shall be legibly identified as to its clear, evident, and specific purpose or use. The identification shall include an approved degree of detail that allows each circuit to be distinguished from all others. Spare positions that contain unused overcurrent devices or switches shall be described accordingly. The identification shall be included in a circuit directory that is located on the face or inside of the panel door in the case of a panelboard and at each switch or circuit breaker in a switchboard or switchgear. No circuit shall be described in a manner that depends on transient conditions of occupancy.

6.  The required directory for main distribution panelboard is missing. Numbering of circuits is incorrect and new numbering to be needed.

***We recommend installing new directories inside panels.***





**PANEL WITHOUT COVER**    **PANEL WITHOUT COVER**    **RELAY WITHOUT COVER**

7.  Provide a typed directory in panels and distribution panelboard, clearly describing the location and type of load being served for all circuits, and engraved phenolic nameplates for panels and distribution panelboard, white letters on black background.

8.  The electrical panels in electrical room must be cleared from obstacles (garbage, equipment, etc.). Electrical panel installation requires the proper clearances. All obstacles or other equipment foreign to the electrical systems, located in this room must be removed. As per NEC, Article 110, Part II, 600 Volts, Nominal, or Less, Section 110.26, Spaces about Electrical Equipment, access and working space shall be provided and maintained about all electrical equipment to permit ready and safe operation and maintenance of such equipment. Sufficient space shall be provided and maintained about electric equipment to permit ready and safe operation and maintenance of such equipment.

9. We recommend that all electrical devices, such as light switches and receptacles shall be tagged, indicating panel designation and circuit number feeding that device. All receptacle and switch covers shall have panel names and circuit breaker numbers labeled on them, and to accomplish this, each receptacle and light switch will be required to be traced by an electrician. This needs to be done to correct the existing misleading panel schedules and save time when breaker trips.

10. Existing sump pump within cellar requires a dedicated receptacle. An extension cord for permanent power to sump pump is not acceptable.



**SUMP PUMP WITH EXTENSION CORD**

11. There are numerous abandoned light fixtures and electrical devices, which should be removed completely.  As per NEC, Section 725.25, Abandoned Wires, the accessible portion of abandoned wires shall be removed. Where wires are identified for future use with a tag, the tag shall be of sufficient durability to withstand the environment involved.  As per NEC, Section 800.25 Abandoned Cables, the accessible portion of abandoned communications cables shall be removed.  Where cables are identified for future use with a tag, the tag shall be of sufficient durability to withstand the environment involved. NEC covers the installation and removal of electrical conductors, equipment, and raceways; signaling and communications conductors, equipment, and raceways; and cables and raceways for public and private premises, including buildings and structures.

12. There are numerous wires throughout the building, which are needed to be secured.  Armored cables (power cables) above ceiling need to be neatly secured.  As per NEC, 314.23 Supports, enclosures within the scope of this article shall be supported in accordance with one or more of the provisions in 314.23(A) through (H).

13. Some junction boxes above ceiling and wall mounted have missing covers. Need to add cover to junction boxes. As per NEC, 314.28(C) Covers. All pull boxes, junction boxes, and conduit bodies shall be provided with covers compatible with the box or conduit body construction and suitable for the conditions of use. Where used, metal covers shall comply with the grounding requirements of NEC, 250.110.



**UNSECURED** — **WIRES ABOVE** — **OPEN JUNCTION BOX** — **UNSECURED WIRES**

14. The present condition of the existing heat trace for sprinkler pipe on first floor delivery area is a violation of the NFPA 13 (National Fire Prevention Association). NFPA 13 Requirements: To prevent damage and facilitate the effective discharge of water from a fire sprinkler system, NFPA 13 generally references the use of a dry pipe system, pre-action system or a listed (certified) antifreeze solution in areas subject to freezing. As an alternative, NFPA 13 also allows for trace heating systems – or heat tracing, as referenced in NFPA 13 – to be used on a wet pipe sprinkler system in certain locations, provided the heat tracing system is listed (certified) for this purpose. Furthermore, to address the unique concerns associated with the use of trace heating systems on sprinkler branch lines, NFPA 13 requires that trace heating be specifically certified for this type of installation. Heat trace heating system intended for fire sprinkler applications is typically composed of several elements including the trace heating cable elements and associated controls. Trace heating for fire sprinkler systems includes the application of requirements from the IEEE 515.1 that are relevant to sprinkler systems along with additional requirements described in UL 515A.

**Requirements include:**

- Performance tests using a section of sprinkler branch line piping with a sprinkler installed to evaluate the ability of the trace heating system to prevent (1) the sprinkler system water from freezing at low ambient temperatures and (2) the sprinkler's heat responsive element from reaching excessive temperatures during high ambient temperature conditions.

- Provisions for permanent connection to a power supply (hardwire).

- Requires a dedicated power.

- Tests to confirm the ability of the trace heating system to provide important alarms and signals such as failure of the primary controller, ground faults, loss of continuity and loss of incoming supply voltage.

- Tests of the trace heating system controls to confirm compliance with relevant requirements of UL.

- Confirmation that instructions are available from the manufacturer to properly design and install the trace heating system so that it will provide the necessary freeze protection without obstructing the water discharge pattern from a sprinkler head.

- Existing sprinkler pipe on the first-floor delivery area requires new heat trace cable that is UL certified with an electric supervision, and this electric supervision of heat tracing system shall provide positive confirmation that the circuit is energized. As per NFPA 13, Standard for the Installation of Sprinkler Systems, a listed heat- tracing system or another approved method require for pipes located in areas that can reach temperatures below 40 degrees to be maintained above 40 (but below 120) degrees. Also, heat trace requires a dedicated circuit.



**HEAT TRACE RECEPTACLE**



**SPRINKLER PIPE HEAT TRACE**

15. Passenger elevator requires to be replaced with a new passenger elevator due to the lack of maintenance and testing of the elevator. The current passenger elevator has many issues. A major item is that elevator door opens without the elevator cab at the stop. All elevator maintenance records and inspections must be reviewed.

16. Existing dumbwaiter to be removed and replaced with new dumbwaiter. Due to the lack of maintenance, the current dumbwaiter elevator is not operable.



**DUMBWAITER**

17. Existing freight elevator requires maintenance and testing. Maintenance shall include examination, adjusting, cleaning, lubrication and when conditions warrant, repair or replace with genuine manufacturer replacement parts: machine, motor and controller parts, including: Gears, Thrusts, Bearings, Commutators, Rotating Elements, Coils, Contracts, Resistors, Magnet Frames, other mechanical parts and examine all safety devices. The freight elevator is very critical for the operation of the building because it is used to transfer materials to the kitchen located on the first floor.

18. There is an insufficient quantity of convenience receptacles in cellar. Add receptacles in the cellar.

19. As per NYC Energy Conservation Code, Local Law 88 of 2009 (LL88) - and its subsequent expansions with Local Law 132 and 134, both of 2016 - requires common areas in nonresidential buildings greater than 25,000 square feet to upgrade lighting to meet current New York City Energy Conservation Code standards by 2025. Since this building is less than 25,000 square feet, the above code LL88 does not apply. Majority of the fluorescent light fixtures in the building have T12 tubes (lamps). As of July 14, 2012, the U.S. no longer manufactures or imports most T12 lamps. These include most standard four-foot T12 lamps, eight-foot T12 lamps, and two-foot T12 U lamps, used in commercial buildings. The United States Environmental Protection Agency (EPA) recommends retrofitting all T12 fixtures in an effort to reduce the use of mercury and fossil- based fuel, and to support this effort, utility districts have created incentive programs to encourage property owners to upgrade their lighting. T12 light bulbs can be easily retrofitted to T8 light bulbs, which are smaller, use less energy, and have less mercury in them than T12 bulbs. The other alternative, not as easily retrofitted, are LED bulbs that have no mercury in them at all. We recommend replacing all T12 light fixtures with new LED fixtures. The typical T12 four-lamp fixture uses 172 watts of power between the lamps and ballast. LED equivalents typically use only 50 watts, 71% less energy per fixture. Not only are they brighter per watt, they also last longer than even the preferred florescent bulbs. T8 and T5 bulbs can last up to 4 years maximum, which sounds good until you learn that LED bulbs can last up to 10 years in a new fixture. With replacement lights, there is almost no price deferential between LEDs and T5s. With the LED energy savings being so great, it is the best to go with LEDs. Rebates are available to business for installing LED lighting fixtures.

20. Burned out lamps need to be replaced in down lights especially on first floor entrance stair, and associated ballast shall be checked for replacement as needed.

21. The location of disconnect switches for dishwasher is not in compliance with National Electrical Code (NEC), Article 110, Section 110.26. There are insufficient working spaces between disconnect switches and dishwasher. Need 3 feet minimum clearance. Working space about electric equipment. Adequate access and working space shall be provided and maintained about all electric equipment to permit ready and safe operation and maintenance of such equipment

22. Working clearances, the dimension of the working space in the direction of access to live parts operating at 600 volts or less and likely to require examination, adjustment, servicing, or maintenance while alive shall not be less than 3 feet. Workspace shall not be less than 30 inches (762 mm) wide in

front of the electric equipment. Distances shall be measured from the live parts if they are exposed or from the enclosure front or opening if the live parts are enclosed. Walls constructed of concrete, brick, or tile are considered to be grounded. Working space is not required in back of assemblies such as dead-front switchboards or panels where there are no renewable or adjustable parts such as fuses or switches on the back and where all connections are accessible from locations other than the back. Headroom, the minimum headroom of working spaces about service equipment, switchboards, and panel boards, or disconnect switches shall be 6 feet 3 inches (1.91 m).

23. The location of panels and disconnect switches in preparation room electrical closet on first floor does not comply with National Electrical Code (NEC), Article 110, Section 110.26. There are insufficient working spaces between panels and disconnect switches. Need 3 feet minimum clearance. Workspace about electrical equipment, adequate space shall be provided and maintained about electric equipment to permit ready and safe operation and maintenance of such equipment. Where energized parts are exposed, the minimum clear workspace shall not be less than 6 feet 6 inches (1.98 m) high (measured vertically from the floor or platform), or less than 3 feet (914 mm) wide (measured parallel to the equipment). The depth shall not be less than 3 feet. The workspace shall be adequate to permit at least a 90-degree opening of doors or hinged panels.

24. The facility prepares perishable foods for customers, such as JFK Airport and LaGuardia Airport. Since these airports open 24 hours and 7 days a week, the building cannot afford to be without power (electricity). We recommend a new generator to cover all walk-in freezers and walk-in coolers, lights, exit signs, computers, food preparation equipment and all kitchen equipment. Emergency power shall be provided to keep the building in operation if a power outage occurs (utility power failure).

25. Some equipment shared receptacle can cause tripping of the circuit breakers. We recommend installing a dedicated receptacle for each appliance (coffee makers, refrigerators, heaters, etc.) throughout the building.

26. Insufficient exit sign and emergency lighting for egress illumination and exit. As per NFPA 101, Section 7.9.2.1, emergency illumination shall be provided for a minimum of 1-1⁄2 hours (90 minutes) in the event of failure of normal lighting. Emergency lighting facilities shall be arranged to provide initial illumination that is not less than an average of 1 ft-candle (10.8 lux), and at any point, not less than 0.1 ft-candle (1.1 lux), measured along the path of egress at floor level. Illumination levels shall be permitted to decline to not less than an average of 0.6 ft-candle (6.5 lux), and at any point, not less than 0.06 ft candle (0.65 lux) at the end of 1-1⁄2 hours (90 minutes). Emergency light illumination of means of egress shall be from battery-operated electric lights or emergency generators providing power to emergency lighting systems. For exit requirements as per NYC Building Code 27-357, the determination of exit requirements for a building shall be based upon the occupancy group classification of the building, the number of occupants, the floor area, the travel distance to an exit, and the capacity of the exits, as provided in Table 6-1 and herein. Every floor of a building shall be provided with exit facilities for its occupant load. The occupant loads of floors shall not be cumulative for the purpose of designing vertical exits, except where one floor is used by another as a means of egress. Vertical exits provided from any floor above grade may serve simultaneously all floors above grade, and vertical exits provided from

any floor below grade may serve simultaneously all floors below grade. As per NFPA 101, Section 7.10, Marking of Means of Egress, 7.10.1.2.1 Exits, other than main exterior exit doors that obviously and clearly are identifiable as exits, shall be marked by an approved sign that is readily visible from any direction of exit access. 7.10.1.2.2 Horizontal components of the egress path within an exit enclosure shall be marked by approved exit or directional exit signs where the continuation of the egress path is not obvious.

27. Gas meter room in cellar requires a new light switch and a new light fixture. Existing light fixture in this room does not work and does not have a light switch.

28. Some electrical panels located throughout the first floor (elevator corridor, kitchen, and preparation room electrical closet) have missing covers and should be enclosed to prevent unauthorized access to minimize accidental contacts with energize parts. As per National Electrical Code (NEC), Article 110, Section 110.27, Guarding of Live Parts, live parts shall be guarded against accidental contact. Live parts of electrical equipment operating at 50 volts or more shall be guarded against accidental contact by approved enclosures.

### E.   FIRE ALARM PANEL

As per NYC 2014 Building Code, Table 3-1 Occupancy Classifications, this building classified as Industrial D-1 Moderate-Hazard Occupancy (Food processing).  As per NYC 2014 Building Code, Article 5, Interior Fire Alarm and Signal System, single and multi-tenant factory buildings more than two stories in height in which more than twenty-five persons are employed above the ground floor, as provided by section two hundred seventy-nine of the labor law. In buildings where more than ten percent of the building occupancy is engaged in manufacturing, the building shall have an approved fire alarm system throughout. Since this building is two stories, it does not require a fire alarm system as per NYC 1968 Building Code.

## VIII. BUILDING PLUMBING SYSTEMS

### CELLAR LEVEL

### A.  Ceiling Leakage (Open Areas @ Northwest Side of Building)

1.   There are two (2) stainless steel drip pans within cellar under Hot Kitchen on 1st floor, installed for the purpose of temporary fix to handle leakage matters on cellar. These two (2) drip pans, which handle ceiling leakage, shall be governed by NYC Plumbing Code, Chapter 8, Section PC 801 and 802, and the discharge shall be through an indirect waste pipe by means of an air brake or an air gap. One of them as shown below is 40 inches wide x 11 feet long x 6 inches high, with discharge pipe running down to existing sump pump, located next to this pan, with air break, and the other drip pan has side discharge pipe, also running down to this existing sump pump with air break. These are installed under open ceilings at the northwest side of building, where leakages are occurring.



**SUMP PUMP AND PIT**



**STAINLESS STEEL DRIP PAN**

2.      Above these two drip pans, cellar's ceiling conditions are unbearable due to these leakages. When leaking happens, this causes damage on floor and unsafe and unhealthy conditions. Due to these widely detected leaking areas under Hot Kitchen on 1st floor, not only property, itself damaged, which can cause unsafe conditions, including weakened floor slab with cracks and breakage, but also, the risk of health problems caused by severe leaks is an even greater cause for concern. Under any moist environment, mold and mildew can thrive, and these hazards can lead to a slew of respiratory problems, which put employees in danger. To control this matter, the area should be dry and ventilated as possible, however, as described under the section of ***Cellar Level, Open areas and storage of consumable products*** for ***AIR CONDITIONING & HEATING SYSTEMS***, this cellar's humidity and ventilation not properly controlled and provided. Please see pictures as shown below for the existing conditions of these areas as references.



**LEAKY CEILING BELOW HOT KITCHEN ON 1ST FLOOR**



**LEAKY CEILING BELOW HOT KITCHEN ON 1ST FLOOR**

*Cellar ventilation and humidity should be properly controlled and provided to keep dried air condition within cellar as recommended under the section of Cellar Level, Open areas, and storage of consumable products for AIR CONDITIONING & HEATING SYSTEMS.*

**B. Ceiling Leakage (Open Areas @ West Side of Building, the slab under walk-in / rack ovens on 1st floor)**

1. There is a stainless-steel drip pan at the west side of building, in front of existing elevator, currently operating. This drip pan is for the prevention of leakage, due to the cracked floor slab above, as shown on the picture below. This also shall be governed by NYC Plumbing Code, Chapter 8, Section PC 801 and 802, and the discharge shall be through an indirect waste pipe by means of an air break or an air gap, however, the discharge pipe run from this drip pan connected to condensate pump as shown below, which is not acceptable. Also, it is practically impossible for this condensate pump to handle any heavy leakage flow when it happened previously. Due to this crack, currently the area above on 1st floor, where walk-in/rack ovens installed, not properly functioned to prevent any further incident.

 

| CRACKED FLOOR SLAB | DRIP PAN WITH DRAIN |

*Due to the size of crack, which caused heavy leakage flow and cannot be controlled by currently installed stainless steel drip pan, the cracked floor slab must be repaired as soon as possible.*

**C. Ceiling Leakage (Above Existing Coolers @ Southwest Side of Building)**

1. The leakage occurred at the southwest side of the building, where existing coolers are present, and above this area, is the Packing Room on 1st floor, where a sink was installed.

*Existing floor slab under the existing sink should be checked by certified plumbing contractor, and if any breakage, crack, or opening present, it must be fixed to prevent any further leakage.*

**D. Ceiling Leakage (Women's Locker Room, Lounge Area, and Lobby @ South Side of Building)**

1. The leakage occurred at the south side of the building, facing 145th Drive, in the women's locker room, lounge area, and lobby as shown bow.

2. To investigate the cause of leakage within these areas, we checked the existing conditions above ceiling tiles whether any pipe runs, or mechanical units installed, since the leakage can occur through breakage of pipe and improper drainage of unit condensate, but no pipe runs and no units installed above ceilings within these areas. Only cause for this leakage can be cracks, which detected on 1st floor slab.

*The leak is caused by the cracked floor slab. The cracked floor slab must be repaired as soon as possible.*



**WOMEN'S LOCKER ROOM, LOUNGE AND LOBBY CEILINGS WATER DAMAGE**



**WOMEN'S LOCKER ROOM, LOUNGE AND LOBBY CEILINGS WATER DAMAGE**

**E. Storage Room Flooding**

1. There is an existing storage room within cellar, which is next to existing boiler room. During our walkthrough, we were informed that previously flooding occurred within this room. At the time of our walkthrough, no water was present on the floor, and no crack or breakage detected on the floor and walls. There are many reasons for flooding, including groundwater infiltration through slab foundation crack, broken pipe under the slab, etc. Since existing plumbing plans, which can show whether any pipe runs below within this room, are not available, we cannot know that whether this flooding is from the broken pipe. However, if any pipe runs below within this room and it is broken, it is possible that flooding can be

consistent whenever any type of water runs through this broken pipe. Since there is no consistent flooding, groundwater infiltration through slab foundation crack can be a highly possible cause.

*To prevent any future flooding for this area, proper drainage fixtures to handle this matter should be installed. Install floor drain within this storage room and/or adjacent open storage areas and sump pump to handle new drainage outlet from new floor drains. New floor drain(s), which shall be governed by NYC Plumbing Code, Chapter 4, Section PC 412, should be installed as per NYC Plumbing Code, Chapter 4, Section PC 405, and selected manufacturer's installation instruction. Floor drain outlet must be 3 inch minimum, and this outlet can be run to sump pump. New sump pump, shall be governed by NYC Plumbing Code, Chapter 11, Section PC 1113, and discharge line from sump pump shall be installed as per selected manufacturer's installation instructions and/or run down to the closest existing floor drains, which connected to existing building sewer system. Currently, two (2) existing floor drains installed within existing boiler room, which is next to this storage room, and these floor drains can be used for the discharge from sump pump to be installed.*

### F.   Sewage Ejector Room Sewage Odors and Improper Installation of Funnel Drain

1.  The existing sewage ejector pump, installed within pump room, located at the northeast side of building, is in critical condition due to sewage odors. Ejectors, which shall be governed by NYC Plumbing Code, Chapter 7, Section PC 712, must be installed with a gas tight cover as per NYC PC Section 712.1. Currently, the leaks at the top of this pump and sanitary/waste pipes run down to the top of the pump, which is not properly sealed and can release sewage odors to the pump room. These odors can be extremely harmful. Also, the existing adjacent house trap is not properly covered.

*To prevent any sewage odors, the top of this pump with opening must be sealed tight, as per NYC PC Section 712.1, and house trap cover must be provided and installed as per NYC PC Section 703.6.*

2.  There is existing funnel drain for existing condensate drain, which has seal trap and horizontal waste pipe connected to existing vent pipe from ejector pump as shown below.

*As per NYC Plumbing Code, Chapter 7, Section PC 704, drainage pipes shall connect to the drainage branches, not vent outlet pipe from sewage ejector pump, which is solely used for ejector venting. Existing funnel drain and trap seal must be removed at end point of the existing vent pipe and where the waste pipe is connected, must be capped. Existing condensate pipe, discharging to this existing funnel drain, should be piped to service sink, located in adjacent storage room.*





**SEWAGE EJECTOR PUMP W/OPENING**

**LEAKAGE ON TOP OF SEWAGE EJECTOR PUMP**

**G. Women's Locker Room Rusted Riser**

1. Within women's locker room, there is an existing sanitary/waste riser at the south side of this room and is completely rusted. This assembly needs to be completely replaced.





**RISE IN WOMEN'S LOCKER ROOM**

**RUSTED RISER IN WOMEN'S LOCKER ROOM**

*This riser must be completely replaced.*

**H.  Discoloration and Deterioration of Cellar Ceilings' Spray Foam Insulation**

1.  We detected spray foam insulations covered cellar ceilings, and these are severely discolored and deteriorated. In general, spray foam insulations do not rot, rust, or deteriorate. However, no original spray foam of insulations can be detected within these ceilings and due to these discolorations and deteriorations, those are malfunctioned and must be cleaned off and reapplied.

*Due to these discoloration and deteriorations, it is indicated that these are malfunctioned, so these must be cleaned off and reapplied.*

**I.  Connection Compliance for Domestic Water Service**

1.  For existing incoming domestic water service, serving the building, there is an issue for the matter of Cross Connection Control (CCC), governed by NYC Department of Environmental Protection (DEP).

2.  As per NYC Plumbing Code, Chapter 6, Section PC 608, existing incoming domestic water service, which is coming into the northeast side of building, facing 167th Street, shall be protected by backflow preventer, which approved by NYC DEP.

3.  Existing incoming domestic water main for this building is 3" dia., running to existing 2" water meter, and connected to existing 4" backflow preventer (BFP - 4" Zurn Wilkins Model 375A Reduced Pressure Principle Assembly) with 3" inlet and outlet OS&Y gate valves for the device. In general, 4" BFP installed with 4" inlet and outlet OS&Y gate valves, however, existing BFP, installed with 3" inlet and outlet OS&Y gate valves, which can impact 4" BFP's flow rate and cause head loss, due to the turbulent flow. Also, additional valve and cap present between existing water meter and existing BFP, and as per NYC DEP Cross-Connection Control Regulations, *BFP installation shall be located directly downstream of the master water meter*, therefore, these additional valve and cap are not allowed to be present at current locations.

*There is no record of approval from NYC DEP for this existing cross connection for domestic water service, and to obtain the approval, existing installation layout needs to be fixed as per NYC DEP installation requirements.*

**J.  Improper Pitch of Existing Sanitary/Waste Piping**

1.  As per NYC Plumbing Code, Chapter 7, Section PC 704, drainage piping installation, a minimum slope of horizontal drainage pipe size over 3" should be 1/8 in. per ft. to prevent any accumulation, which can cause backflow to fixtures connected. The existing 4" drainage pipe runs at the west side of building within cellar, in front of existing elevator machine room and existing office, is improperly pitched.

*Existing pitch to be checked and properly installed as per the code noted above.*

**FIRST FLOOR**

**A.    Hot Kitchen Floor Improper Waterproofing**

1.  Hot Kitchen on 1st floor, there are three (3) steam kettles and trench drains, installed in front of these kettles for drainage discharge. One steam kettle was not working condition at the time of walkthrough, and the other steam kettles were working, and drain discharged indirectly to these existing trench drains. Please see pictures below as references.

2. Due to this indirect discharge, the floor area under and next to steam kettles were in wet conditions and very slippery, which is terribly unsafe for employees, who are working within these surrounding areas of trench drains. To reduce this unsafe dampness on the floor, humidity and temperature of the referenced area shall be well controlled and managed, however, as described under the section of ***First Floor, Kitchen area*** for ***AIR CONDITIONING & HEATING SYSTEMS***, this kitchen ventilation system keeps the temperature of this area lower than comfort working temperature, and this can cause trouble to remove latent load (moisture) from the space. If it takes longer to remove moisture from the space, this can cause standing water present on the floor longer, and this stagnant water can penetrate any porous surfaces, find its way through cracks, and leak to floor below.

3. As described under the section of ***Cellar Level, Ceiling Leakage Open Areas @ Northwest Side of Building***, the leakage occurred under this Hot Kitchen Floor, and in addition to this dampened floor as noted on #2 of this section, waterproofing systems for existing trench drains can be a cause for leakage also. When trench drains installed above a finished space, they shall be installed to work with the waterproofing system. This system might be a liquid membrane (fluid applied) or a sheet membrane (roll product). Either way, a trench drain can work these systems and provide many years of leak free service life in above grade applications. Properly installed trench drain can keep the water from leaking to the finished areas below. This is done by getting as much of the water off of the surface as possible with trench drains. This takes care of surface water, but some water will still penetrate any porous surfaces and find its way through cracks in the topping slab. Since leakage happened to below, existing waterproofing systems did not properly functioned and caused these leakage problems.

***To prevent further leakage from existing steam kettles' indirect discharge, finished floor under existing steam kettles should have stainless steel floor, which can be extended edge of trench drains. This shall be coordinated and confirmed with architect. Existing trench drains' waterproofing systems should be checked by certified plumbing contractor, and if any breakage of sealed membrane detected, it must be fixed to prevent any further leakage.***

**B. Safety Concern for Uneven Floor Drain**

1. There is existing floor drain within one of dishwashing areas on 1st floor as shown below. Its cover is not leveled with floor and fixed improperly, which can cause tripping problem.

***This floor drain cover must be leveled with floor.***

# IX. FIRE PROTECTION SYSTEMS

**CELLAR LEVEL**

## A. No Sprinkler Coverage Provided for Storage Room and Liquor Storage Room

1. Current condition is that within these areas, existing sprinkler heads present above drop ceilings, and when alteration work done for these areas and drop ceilings installed, existing sprinkler systems not properly modified as per proposed floor layout, reflected ceiling plans, and referenced codes and standards.

*As per NYC Building Code, Chapter 9, Section BC 903, automatic sprinkler system shall be provided for Use and Occupancy Group Classification "F-1", Factory Industrial, and "B", Business, which is clarified for this building by the Architect under the Code Analysis, and as per this referenced code section, remove all existing sprinkler heads above ceilings and install new concealed pendent type sprinkler heads as per existing floor layout.*

## B. Cross Connection Compliance for Sprinkler Service

1. Existing 4" dia. sprinkler service is coming into the northeast side of the building, facing 167th Street.

2. Existing 4" sprinkler service is running to existing 4" single detector check valve, and it is connected to existing 4" gate valve and 4" alarm valve. Existing 4" main from this alarm valve runs through cellar ceiling to serve this building.

3. As per NYC Building Co de (1968), REFERENCE STANDARD RS 17-2, STANDARD FOR THE INSTLLATION OF SPRINKLER SYSTEMS, Chapter 3, Section 3-9.2.9, a gate valve should be installed on each side of each check valve. Currently there is only one gate valve after the existing single detector check valve. Since it is not in compliance with applicable codes, it required to be repaired. Under the current NYC DEP installation requirements, the detector check valve is not acceptable.

*As per NYC Building Code, Chapter 9, Section BC 912.5, backflow prevention for water supply to sprinkler system to be provided, and this shall be approved by NYC Department of Environmental Protection (DEP), however, there is no record of approval from NYC DEP for this existing cross connection for sprinkler service, and to obtain the approval, existing single detector check valve, which is not acceptable by NYC DEP as per NYC DEP Cross Connection Installation Requirements, must be removed and install new OS&Y Gate Valve as a shut-off valve and double check detector assembly as per NYC DEP Cross Connection Installation Requirements*

**FIRST FLOOR**

## Heat Trace for Sprinkler Pipe on Delivery Area

1. For a sprinkler pipe installed within the delivery area, where exposed to temperature below 40°F, as per NFPA 13, Section 8.16.4.1.4, listed heat tracing systems shall be permitted, which specifically listed for use on branch lines and electrical supervision provided.

2. The existing sprinkler pipe, installed on 1st floor delivery area, is a violation of the NFPA 13, as previously described under the section of ***ELECTRICAL SYSTEMS*** for ***RECOMMENDATIONS #14***.

*Existing heat trace installed on the existing sprinkler pipe on first floor delivery area, must be removed, and new heat trace must be installed as per the RECOMMENDATIONS #14 under ELECTRICAL SYSTEMS*

**SECOND FLOOR**

**A.      No Sprinkler Coverage Provided for Front Stairs and Second Floor**

1.      No sprinkler coverage provided for front stairs.

2.      Whole second floor, no sprinkler coverage provided. Currently, within these areas, existing sprinkler heads present above drop ceilings, and when alteration work done for these areas and drop ceilings installed, existing sprinkler systems not properly modified as per proposed floor layout, reflected ceiling plans, and referenced codes and standards.

*As per NYC Building Code, Chapter 9, Section BC 903, sprinkler coverage for front stairs must be provided, and for whole second floor, remove all existing sprinkler heads above ceilings and install new concealed pendent type sprinkler heads as per existing floor layout.*

# X. SUPPORTING PHOTOGRAPHS

## A. GENERAL BUILDING CONDITION PHOTOGRAPHS



Men's Lavatories



2' 0" Wide Door To Toilets



Men's Room



Jan. Clos. Exhaust Fan

EXISTING CELLAR FLOOR PLAN


Require Exit Sign At Door


Drip Pans


Mechanical Room


Masonry Openings Need Lintels

EXISTING CELLAR FLOOR PLAN



Mechanical Room



Mechanical Room Access



Mechanical Room Doors



Opening in slab

EXISTING CELLAR FLOOR PLAN

42



Opening in slab



Boiler Room doors

EXISTING CELLAR FLOOR PLAN

**GENERAL BUILDING CONDITION PHOTOGRAPHS**


Roof Scuttle


Roof Scuttle


Non-compliant Exit Door

EXISTING FIRST FLOOR PLAN



Main Lobby



Main Lobby



Door To Lobby



Door To Lobby

EXISTING FIRST FLOOR PLAN

**GENERAL BUILDING CONDITION PHOTOGRAPHS**



Access To Toilets



3'-0" Wide Corridor



2'-4" Wide Door To Toilet



2'-4" Wide Door To Toilet

EXISTING SECOND FLOOR



Upper Lobby



Non-compliant Toilet

EXISTING SECOND FLOOR PLAN

# X. SUPPORTING PHOTOGRAPHS

**B. BUILDING STRUCTURE EVALUATION PHOTOGRAPHS**



**PHOTO #1**
FRAMING OF 2ND FLOOR SLAB CONSISTS OF FLAT PLATE REINFORCED CONCRETE SUPPORTED BY STRUCTURAL STEEL FRAMING



**PHOTO #2**
WATER DAMAGE AND CORROSION.



**PHOTO #3**
2ND FLOOR SLAB WATER DAMAGE



**PHOTO #4**
2ND FLOOR SLAB WATER DAMAGE



**PHOTO #5**
UNDERSIDE OF 2ND FLOOR SLAB WATER DAMAGE



**PHOTO #6**
UNDERSIDE OF SLAB AT TROUGH DRAIN



**PHOTO #7**
UNDERSIDE OF TROUGH DRAIN



**PHOTO #8**
TROUGH DRAIN FROM 2ND FLOOR



**PHOTO #9**
**CANOPY ABOVE LOADING DOCK DOORS**



**PHOTO #10**
**CANOPY ABOVE LOADING DOCK DOORS**

# Attachment 2

| No | System | Area | Item | Inspection Notes | Recommendation | Building Code Reference |
|---|---|---|---|---|---|---|
| 1 | Life Safety and Egress | Cellar | Emergency Lighting | Outdated emergency lighting and fixtures | We recommend a new emergency and exit light fixture be installed at existing man door in the Loading Area C124, Utility Area C109, Boiler Room C110, (2) in Dry Storage C118, (2) in Storage C127, (2) in Corridor C128, Break Room C101 and Lower Lobby C100. | NYC Building Code Bc 1101 and 1102.2 |
| 2 | Life Safety and Egress | Cellar - Mechanical Room | Stairway and handrails | Service steps are not as wide as the door they serve. No handrails existed. | We recommend widening both service stairs to accommodate door openings and providing handrails on both sides of both steps as per NYC Building Code Sections 1009.05 Stairways and 1009.12 Handrails. | NYC Building Code Section 1009.05 and 1009.12 |
| 3 | Architectural | Cellar - Janitors Closet | Ceiling Tiles | Existing Janitors Closet had ceiling tiles missing and exhaust fan hanging with flex duct. Portions of existing drywall showed water damage. | installing new ceiling tiles to match existing building standard, repair exhaust fan and replace damaged drywall | |
| 4 | Life Safety and Egress | Cellar - Men's toilets, locker room, women's toilet and womens locker room | Door, toilet stalls, accessibility | Both Locker Rooms and Toilets do not have correct accessbility, improper door width, improper toilet stalls | Recommend the rooms be altered to provide required ADA toilet stall (7'-6" x 8'-0") with all the required clearances, fixture heights and accessories. This will include partition revisions, door revisions, plumbing fixture removals and relocations. | NYC Building Code section BC 1101 for accessibility, (ADA), Americans with disabilities Act refulations and ICC A117.1-2017 Standards (also known as ANSI-117.1 for minimum building Standards and clearances) |
| 5 | Life Safety and Egress | Cellar - Corridor C128 to lower lobby C100 | Accessibility | Egress door did not have correct push pull clearances | We recommend the existing door and frame be removed. Construct new alcove and relocate door and frame to provide required clearances as per code. | (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. |
| 6 | Life Safety and Egress | Cellar - Electrical Room | penetrations and piping | The existing Electrical Room walls have wall penetrations that are unprotected. | We recommend installing 2-hour rated firestopping at all openings in walls, floors and ceilings in the Electrical Room. | NYC Building Code NYC 509 table 509 |
| 7 | Life Safety and Egress | 1st Floor Loading Area | Egress/Access | Existing egress door at Loading Area 117 does not meet minimum door width and push/pull requirements. Existing door is 2'-0" wide. Minimum width with required is 2'-8". Push/pull clearance requirements are 1'-0" on push side and 1'-6" on pull side. Existing partition adjacent to door prohibits pull side clearance required. | We recommend removing existing door and frame, increasing masonry opening, altering adjacent partition and providing a new 1 ½ hour rated door and frame with new door closer and hardware as required. | NYC Building Code 2014, Section BC 1008 Doors, Gates and Turnstiles. Section 1008.1.2.2 |
| 8 | Life Safety and Egress | 1st Floor - Main Lobby | Access/Egress | Main building entrance is at the existing lobby stair mid landing. This entrance does not meet code requirements | We recommend providing a new 1 ½ hour rated door and frame with panic exit hardware within the existing masonry opening. Provide new weatherstripping and door closer as required. | NYC Building Code section BC 1101 for accessibility, (ADA), Americans with disabilities Act refulations and ICC A117.1-2017 Standards (also known as ANSI-117.1 for minimum building Standards and clearances) |
| 9 | Life Safety and Egress | 1st Floor- Main Lobby | Access/Egress | The existing egress door in the stairwell on the southwest side of the building from the first floor has been blocked up and eliminated. This exit is required for the second means of egress from the first floor as per Code | We recommend providing a new 1 ½ hour rated door and frame with panic exit hardware within the existing masonry opening. Provide new weatherstripping and door closer as required. | NYC Building Code 2014, Chapter 10 Means of Egress, Section 1021, Number of Exits and Continuity and Table 1021.1, Minimum Number of Exits for Occupant Load. |

| 10 | Life Safety and Egress | 1st Floor- Main Lobby | Access/Egress | Existing doors entering the first-floor lobby do not swing in the path of egress as required by Code. | We recommend removing existing doors and frames and providing a new 1 ½ hour rated doors and frames swinging in the path of exit. Provide new door closers and hardware as required. | NYC Building Code 2014, Section BC 1008 Doors, Gates and Turnstiles. Section 1008.1.2.2 Direction of Door Swing states doors shall swing in the direction of egress travel. |
| 11 | Life Safety and Egress | 1st Floor - Main Lobby | Access/Egress | The overall First Floor lacks sufficient exit and emergency lighting for the path of egress as per Code. | We recommend new emergency and exit light fixtures be installed at Production 103, freight elevator alcove 105, Prep 107, Staging 109, Cooler 110, Wash 111, Receiving & Staging 114, W.I. Cooler 115, Staging W.I. 116 and Loading Area 117. | NYC Building Code 2014, Section BC 1101 Exit Signs and Section 1101.2 Illumination. Section 1101.2 |
| 12 | Life Safety and Egress | 1st Floor - Main Lobby | Access/Egress | Emergency lighting is as per Section BC 1006 Means of Egress Illumination. Section 1006.1 indicates that exit, exit discharges and public corridors shall always be illuminated by either daylight or electric light fixtures. Section 1006.3.1 Emergency Power Source indicates that the emergency power system shall provide power for a duration of not less than 90 minutes and shall consist of storage batteries, unit equipment or an on-site generator. | We recommend new emergency and exit light fixtures be installed at Production 103, freight elevator alcove 105, Prep 107, Staging 109, Cooler 110, Wash 111, Receiving & Staging 114, W.I. Cooler 115, Staging W.I. 116 and Loading Area 117. | NYC Building Code section 1006.1, 1006.3.1 |
| 13 | Life Safety and Egress | 2nd Floor Lobby | Access/Egress | Existing door entering the Second Floor Lobby 200, did not swing in the path of egress as required by code. Direction of door Swing states doors shall swing in the direction of egress travel. | We recommend removing existing door and frame and providing a new 1 ½ hour rated doors and frames swinging in the path of exit. Provide new door closers and hardware as required. | NYC Building Code 2014, Section BC 1008 Doors, Gates and Turnstiles. Section 1008.1.2.2 |
| 14 | Life Safety and Egress | Mens and womens washrooms | Access/Egress | Existing toilets, 201 and 202, do not meet NYC Building Code 2014, Section BC 1101 for Accessibility, (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. | Replace all items and accessories to meet ADA standards | (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. |
| 15 | Life Safety and Egress | Mens and womens washrooms | Access/Egress | Existing entry doors to existing toilets 201 and 202, do not meet minimum door width and push/pull requirements. Existing doors are 2'-0" wide. Minimum clear door width required is 2'-8". Existing corridor is 3'-0" wide prohibiting push/pull clearance requirements of 1'-0" on push side and 1'-6" on pull side. | Replace all items and accessories to meet ADA standards | (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. |
| 16 | Life Safety and Egress | Mens and womens washrooms | Access/Egress | Toilet stalls do not meet minimum ADA width standards and minimum approach clearances for wheelchair access. Required grab bars were missing. Plumbing fixture heights and accessories do not meet standards. Piping below sinks need to be covered to avoid injury to users. | Replace all items and accessories to meet ADA standards | (ADA) Americans with Disabilities Act Regulations and ICC A117.1-2017 Standards (also known as ANSI-117.1) for minimum building standards and clearances. |
| 17 | Structural | Underside of Roof deck, 1st floor ceiling | Insulation, water damage, exposed reinforcing steel | Most of the ceiling is covered by a sprayed-on insulation material. At several areas, the existing slab has begun to deteriorate. This most likely the result of long-term exposure to moisture and water. The existing steel reinforcing bars have been exposed and have begun corroding. If left unrepaired, the reinforcing bars will lose their load-carrying capability and the floor will lose stability. The structural steel beams supporting the concrete slab show signs of deterioration. Rust has begun to form on the beam surfaces. If left unrepaired, the steel beams will lose their load-carrying capability and the floor will lose stability. This conditions should be addressed immediately. | Scrape all exposed reinforcing steel and apply sealer, scapre surface of conrete and apply bonding agent, apply shrink grout and seal area | |

| 18 | Structural | Trough drains | Reinforcement | | Remove the trough drains to inspect reinforcement damage as install of the trough drains cut through all reinforcement | |
|----|-----------|--------------|--------------|---|---|---|
| 19 | Structural | Cellar - below Kitchen area | Drip Pans, slab cracks, trenchdrains | Cracks were there | Fix entire first floor slab where leaks are penetrating and install adequate drainage and waterproofing | |
| 20 | Structural | Canopy above loading dock | Steep Canopy | Steel framing is deteriorating | Replace steel beyond repair, scrape and paint existing steel with a zinc paint | |
| 21 | Structural | Cellar - below packing room | Floor slab crack | Cracks were there | Remove equipment to check floor slab, patch and repair as necessary | |
| 22 | Structural | Ceiling above women's locker room, breakroom and lobby | Floor slab crack | Cracks were there | Patch slab properly | |
| 23 | Structural | Entire underside of floor slab | Water damage | Damage and corrosion was present | Patch and repair slab per recommendations highlighted in report | |
| 24 | Structural | Second Floor Roof | Roof framing | Several full height freezers are located on the second floor. The freezers require roof penetrations to properly operate. The condition of these roof penetrations could not be verified during inspection. Proper framing must be provided at areas of roof penetrations to ensure the roof is structurally stable. | We recommend a sample of these roof penetrations be inspected to determine if they require repair. | |
| 25 | Structural | Cellar - Mechanical Room | Steel support | reinforcement does not exist at masonry wall ductwork penetrations | We recommend the installation of steel angle lintels at all existing openings in concrete/masonry | NYC Building Code section 1601 |
| 26 | Structural | Roof | Reinforcement | Existing roof scuttle opening is lacking additional steel reinforcing at metal roof decking. | We recommend the installation of steel angles to the underside of existing metal roof in this area as per NYC Building Code 2014 Section 1601 General Structural Design. | NYC Building Code section 1601 |
| 27 | Mechanical | Cellar - Office | Office ventilation | No ventilation | Supply and install ventilation system to regulate the temperature at 68 degrees | NYC Mechanical Code section 403.3 |
| 28 | Mechanical | Cellar - Open Storage Area | Open Storage Area | No ventilation | Supply and install ventilation system to regulate the temperature | NYC Mechanical Code section 403.3 |
| 29 | Mechanical | Cellar - Boiler Room | Fireproofing | Existing boiler room wall penetrations are unprotected. Entry door does not have a fire tag. | Replace the existing pair of doors with new 1 ½ rated hollow metal doors and frame with doors closers. Provide 2-hour rated firestopping at all openings in walls, floors and ceilings in the Boiler Room. | NYC Building Code 713.4.1.1.2 |
| 30 | Mechanical | Cellar - Lockers, Toilets and Breakrooms | Ventilation | No ventilation | Supply and install adequate ventilation | NYC Mechanical Code section 403.3 |
| 31 | Mechanical | Cellar - Lockers, Toilets and Breakrooms | Unit Heaters | Not operable | Have a tech come in and assess the condition of the heaters to see if they should be replaced or just refurbished | NYC Mechanical Code section 403.3 |
| 32 | Mechanical | Cellar - Boiler Room | Louvre | Leaking, and undersized | Walls in this area as per NYC Building Code 2014 Section 1601 General Structural Design. | Mech Code section 703.1 |
| 33 | Mechanical | Cellar - Boiler Room | Exhaust Fan | The existing exhaust fan in a sewage ejector pump room is damaged beyond repair and was not functioning at the time of the walk-through. The lack of exhaust air in this room creates a hazardous condition, not only for the occupants, but for the people consuming the food prepared and stored in this building. | The replacement of this fan is critical since the lack of ventilation in this room allows for contaminants to spread throughout the entire floor putting in danger the health of the occupants and the people consuming the products. This fan should be replaced immediately. | NYC Mechanical Code section 403.3 |
| 34 | Mechanical | Cellar - Boiler Room | Unit Heaters | Not operable | Have a tech come in and assess the condition of the heaters to see if they should be replaced or just refurbished | Mech Code section 403.3 |
| 35 | Mechanical | Cellar - Sewage Room | Exhaust Fan | Exhaust Fan were not operable | Replace the exhaust fans | Mech Code section 403.3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | Mechanical | 1st Floor - Shipping and Receiving Area | Ventilation | The existing shipping and receiving area lacked proper ventilation and pressurization as established by ANSI/ASHRAE Standard 62.1 to maintain the space under negative pressure to avoid air from these areas to access the food preparation areas. This existing area had no means of ventilation or heating. | We recommend installing air curtains above each overhead door and to provide an air conditioning system capable of providing a minimum of 0.12 cfm per square feet of treated outdoor air for this area. We also recommend installing an exhaust system to maintain the space under negative pressure. | ANSI/ASHRAE Standard 62.1 |
| 37 | Mechanical | 1st Floor - Shipping and Receiving Area | Air Curtains | Not installed | Supply and install new air curtains where needed | |
| 38 | Mechanical | 1st Floor - Shipping and Receiving Area | Air Curtains | Not working properly | Fix/repair and or replace air curtain that doesn't work properly | |
| 39 | Mechanical | 1st Floor - Walk-in Coolers | Walk-ins | Not holding temp, icing, condensation and refrigeration not working | Supply and install new walk-in coolers as the existing ones are beyonf their lifespan | |
| 40 | Mechanical | 1st Floor - Packing Room | Ventilation | The existing packing room should be provided with adequate ventilation to minimize odors and vapors (including steam and noxious fumes) in areas where they may contaminate food and should be under positive pressure, but this is not the case. This area is not provided with any kind of ventilation which is a violation of code. | Install a proper air system capable of provide adequate ventilation or control equipment to minimize odors and vapors (including steam and noxious fumes) in areas where they may contaminate food; and locate and operate fans and other air-blowing equipment in a manner that minimizes the potential for contaminating food, food-packaging materials and food-contact surfaces. | ANSI/ASHRAE Standard 62.1 and chapter 4 of the NYC Mechanical Code |
| 41 | Mechanical | 1st Floor - Kitchen | Ventilation | The existing kitchen ventilation system consists of an existing gas fired roof-top filtered Make-Up Air Unit that is not functioning correctly. The control panel of this unit located in the kitchen seems to have no control over the unit, allowing the unit to release only cold air even thought a heating coil is part of the equipment. This control is outdated and it was not maintained correctly. This condition is critical since an excess of moisture is being created when the cold air mixes with the steam from the cooking equipment. This situation is creating unbearable working conditions in the space to the point that the workers cannot tolerate the poor air quality conditions and temperature inside that space. The lack of ventilation in this area of a code violation | The make-up air unit servicing the kitchen area must be replaced. The unit model number/serial number or capacity were not visible, and further investigation is needed to determine the capacity of the unit but, the physical state of the same indicates that the unit life expectancy might be overdue or the equipment was not appropriately maintained. | ANSI/ASHRAE Standard 62.1 and chapter 4 of the NYC Mechanical Code |
| 42 | Mechanical | 1st Floor - Kitchen | Diffusers | The diffusers used in the make-up air unit servicing this space are inadequate since they create a short cycle between the air being exhausted and the air being provided. The existing 4-way diffusers are not recommended for this application and need be replaced. | Recommend the use of perforated diffusers to introduce the air into the space where the air is directed downwards. Please note that the velocities in these diffusers shall not exceed 150 fpm from any section of the diffuser and the distance to the lower edge of the hood should not be less than 18 inches. | |
| 43 | Mechanical | 1st Floor - Prep Room | Ventilation | The existing preparation room should be provided with adequate ventilation to prevent any contamination to the food being prepared and should be under positive pressure. Currently this area is not provided with any kind of ventilation. | Supply and install adequate ventilation | ANSI/ASHRAE Standard 62.1 and chapter 4 of the NYC Mechanical Code |
| 44 | Mechanical | Lower Roof Area | Roof top equipment | Equipment too close to rood edge | Install guardrails for safe access | NYC Mechanical Code, Section 304.11, without a fall protection system. |
| 45 | Mechanical | Lower Roof Area | Roof top equipment | Abandoned equipment on roof | Remove all abandoned equipment on roof, fix and repair roof to ensure no leaks or rodent infestation | |
| 46 | Electrical | Cellar | Emergency Generator | Not operable | Replace the generator and check electrical capacity with service | |

| 47 | Electrical | Main Electrical Room | Main Service | We observed that the existing electrical service did not comply with NYC Electrical Code and NFPA 70 (National Electrical Code) As per NEC 230.71, Maximum Number of Disconnects, the service disconnecting means for each service permitted by NEC 230.2, or for each set of service-entrance conductors permitted by NEC 230.40, and it shall consist of not more than six switches or sets of circuit breakers, or a combination of not more than six switches and sets of circuit breakers, mounted in a single enclosure, in a group of separate enclosures, or in or on a switchboard or in switchgear. | Adjust electrical items per code | NEC 230.71, NFPA 70, NEC230.2, NED 230.4 |
|---|---|---|---|---|---|---|
| 48 | Electrical | Main Electrical Room | Main Service | The electrical service to the building appears to be inadequate for the present l oads. The service capacity should be verified upon determination of the walk-in cooler and freezer equipment loads, mechanical loads, equipment loads, servers and computer loads, dumbwaiter load, elevators loads, and as well as lighting systems.  We recorded a reading of 289 Amperage at the time of our walkthrough and the incoming two (2) sets of 4#500MCM aluminum at 75°C (167°F) is rated for only 620 Amperage, even though, existing service is 800 AMP. Since current electrical service is rated for 620 Amperage as per the incoming service wires, the building electrical service cannot handle the building at 100% operation on a hot summer day (in the months of July and August). We recommend upgrading existing 800 AMP electrical service to a new 1200 AMP, 120/208Volts, 3 Phase, 4 Wire electrical service to accommodate the facility equipment and devices. | Replace per noted deficiencies | |
| 49 | Electrical | Cellar - Storage Area and Electrical Room | Panels | Several electrical panels located throughout the cellar (electrical room and storage area) have missing covers and should be enclosed to prevent unauthorized access to minimize accidental contacts with energized parts. As per National Electrical Code (NEC), Article 110, Section 110.27, Guarding of Live Parts, live parts shall be guarded against accidental contact. Live parts of electrical equipment operating at 50 volts or more shall be guarded against accidental contact by approved enclosures. | Replace per code implications | NEC Article 110, 110.27 |
| 50 | Electrical | Electrical Rooms | Panels/Disconnects | The required engraved name plates labeling all electrical panels are missing. NEC 110.22(A) identification of disconnecting means. Each disconnecting means shall be legibly marked to indicate its purpose unless located and arranged so that the purpose is evident. The marking shall be of sufficient durability to withstand the environment involved. | Replace per code implications | NEC 110.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | Electrical | Electrical Rooms | Panels | The required directories inside the panel doors are missing and incorrect. As per NEC 408.4(A) Circuit Directory or Circuit Identification. Every circuit and circuit modification shall be legibly identified as to its clear, evident, and specific purpose or use. The identification shall include an approved degree of detail that allows each circuit to be distinguished from all others. Spare positions that contain unused overcurrent devices or switches shall be described accordingly. The identification shall be included in a circuit directory that is located on the face o r i nside o f t he p anel d oor i n t he c ase o f a panelboard a nd at e ach switch o r circuit b reaker i n a switchboard or switchgear. No circuit shall be described in a manner that depends on transient conditions of occupancy. | Replace per code implications | NEC 408.4 |
| 52 | Electrical | Electrical Rooms | Panels | The electrical panels in electrical room must be cleared from obstacles (garbage, equipment, etc.). Electrical panel installation requires the proper clearances. All obstacles or other equipment foreign to the electrical systems, located in this room must be removed. As per NEC, Article 110, Part II, 600 Volts, Nominal, or Less, Section 110.26, Spaces about Electrical Equipment, access and working space shall be provided and maintained about all electrical equipment to permit ready and safe operation and maintenance of such equipment. Sufficient space shall be provided and maintained about electric equipment to permit ready and safe operation and maintenance of such equipment. | Replace per code implications | NEC, Article 110, Part II, 600 volts, nominal, or Less, section 110.26, Spaces about Electrical Equipment |
| 53 | Electrical | Electrical Rooms | Panels/Devices | Missing labels at electrical panels and devices | We recommend that all electrical devices, such as light switches and receptacles shall be tagged, indicating panel designation and circuit number feeding that device. All receptacle and switch covers shall have panel names and circuit breaker numbers labeled on them, and to accomplish this, each receptacle and light switch will be required to be traced by an electrician. This needs to be done to correct the existing misleading panel schedules and save time when breaker trips. | |
| 54 | Electrical | Entire Building | Lighting | Outdated T12 tube lighting installed | Replace all lighting with LED fixtures to reduce the use of mercury and fossil based fuel | EPA recommendation |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 55 | Electrical | Entire Building | Lighting | There are numerous abandoned light fixtures and electrical devices, which should be removed completely. As per NEC, Section 725.25, Abandoned Wires, the accessible portion of abandoned wires shall be removed. Where wires are identified for future use with a tag, the tag shall be of sufficient durability to withstand the environment involved. As per NEC, Section 800.25 Abandoned Cables, the accessible portion of abandoned communications cables shall be removed. Where cables are identified for future use with a tag, the tag shall be of sufficient durability to withstand the environment involved. NEC covers the installation and removal of electrical conductors, equipment, and raceways; signaling and communications conductors, equipment, raceways and cables  for public and private premises, including buildings and structures. | Correct per code implication | NEC 725, 314.24 800.25 |
| 56 | Electrical | Entire Building | Cabling | There are numerous wires throughout the building, which need to be secured. Armored cables (power cables) above ceiling need to be neatly secured. As per NEC, 314.23 Supports, enclosures within the scope of this article shall be supported in accordance with one or more of the provisions in 314.23(A) through (H) | Correct per code implication | NEC 314.23 |
| 57 | Electrical | Entire Building | Junction Boxes, pullboxes, conduit bodies | Some junction boxes above ceiling and wall mounted have missing covers. Need to add cover to junction boxes. As per NEC, 314.28(C) Covers. All pull boxes, junction boxes, and conduit bodies shall be provided with covers compatible with the box or conduit body construction and suitable for the conditions of use. Where used, metal covers shall comply with the grounding requirements of NEC, 250.110. | Correct per code implication | NEC 250.110, 314.28 |
| 58 | Electrical | Dishwashing Room | Disconnect | Disconnect installed too close to equipment | Remove and reinstall electrical disconnect to a safe distance from dishamachine | NEC 110.26 |
| 59 | Electrical | 1st Floor Packing Room | Panels and Disconnect | Did not comply with NEC | Move equipment to minimum code working clearance distances | NEC 110.26 |
| 60 | Electrical | Gas Meter Room | Lighting | Missing switching and fixture | Provide a light and light switch and fixture | |
| 61 | Electrical | Cellar | Outlets | Not enough convenience outlets | Supply and install additional outlets | |
| 62 | Electrical | First Floor | Panels | Some electrical panels located throughout the first floor (elevator corridor, kitchen, and preparation room electrical closet) have missing covers and should be enclosed to prevent unauthorized access to minimize accidental contacts with energize parts. As per National Electrical Code (NEC), Article 110, Section 110.27, Guarding of Live Parts, live parts shall be guarded against accidental contact. Live parts of electrical equipment operating at 50 volts or more shall be guarded against accidental contact by approved enclosures. | Correct per code implication | NEC Article 110, 110.27 |
| 63 | Electrical | Entire Building | Equipment | Some equipment sharing receptacles | Provide decicated receptacles for all appliances to avoid tripping breakers | |
| 64 | Electrical | Sump Pump Room | Receptacle | Missing receptacle | Existing sump pump in cellar area requires a dedicated receptacle. Eliminate present extension cord for permanent power to sump pump. | |

| | | | | | |
|---|---|---|---|---|---|
| 65 | Building | | Freight Elevator #1 | | inspected and repaired as required | |
| 66 | Building | | Dumb Waiter | | inspected and repaired as required | |
| 67 | Building | | Freight Elevator #2 | | inspected and repaired as required | |
| 68 | Plumbing | Cellar - Storage Room | Drainage | Flooding and sewage back up had been occuring but not through the inspection | Proper drainage fixtures should be installed to prevent this from happening | NYC Plumbing Code section 405, 412, chapter 11 section 1133 |
| 69 | Plumbing | Cellar - Sewage Ejector Room | Pump and Odors | The existing sewage ejector pump, installed within pump room, located at the northeast side of building, is in critical condition due to sewage odors. Ejectors, which shall be governed by NYC Plumbing Code, Chapter 7, Section PC 712, must be installed with a gas tight cover as per NYC PC Section 712.1. Currently, the leaks at the top of this pump and sanitary/waste pipes run down to the top of the pump, which is not properly sealed and can release sewage odors to the pump room. These odors can be extremely harmful. Also, the existing adjacent house trap is not properly covered. | Seal top of pump tightly. Existing funnel drain and trap seal must be removed and end point of existing vent pipe, where waste pipe connected, must be capped. Existing condensate pipe, discharged to this existing funnel drain, should run down to service sink, located in adjacent storage room. | NYC Plumbing Code Chapter 7 section 703.6, 712 and 712.1 |
| 70 | Plumbing | Cellar - Sewage Ejector Room | Pump | There is a funnel drain for the existing condensate drain, which has seal trap and horizontal waste pipe connected to existing vent pipe from ejector pump as shown below. | As per NYC Plumbing Code, Chapter 7, Section PC 704, drainage pipes shall connect to the drainage branches, not vent outlet pipe from sewage ejector pump, which is solely used for ejector venting. Existing funnel drain and trap seal must be removed at end point of the existing vent pipe and where the waste pipe is connected, must be capped. Existing condensate pipe, discharging to this existing funnel drain, should be piped to service sink, located in adjacent storage room. | NYC Plumbing Code Chapter 7 section 704 |
| 71 | Plumbing | Cellar - Womens Locker Room | Sanitary/Waste Riser | Rusted and compromised | Riser to be replaced | |
| 72 | Plumbing | Cellar | Ceiling - Spray foam insulation | Observed spray foam insulations covered cellar ceilings, and these are severely discolored and deteriorated. In general, spray foam insulations do not rot, rust, or deteriorate. However, no original spray foam of insulations can be detected within these ceilings and due to these discolorations and deteriorations, those are malfunctioned and must be cleaned off and reapplied. | Correct per inspection notes | |
| 73 | Plumbing | Building | Domestic CC water service | Not in compliance with NYC DEP | Fix current valve and cap installation between meter and back flow preventer | NYC DEP, NYC Plumbing Code Chapter 6 section 608 |
| 74 | Plumbing | Building | Sanitary waste Line | Improper pitch of sanitary waste line | Fix and reinstall waste line to proper code pitch requirements | NYC Plumbing code chapter 7 section 704 |
| 75 | Plumbing | 1st Floor Hot Kitchen | Waterproofing and trench drains | Wet and damp conditions | To prevent further leakage from existing steam kettles' indirect discharge, finished floor under existing steam kettles should have stainless steel floor, which can be extended edge of trench drains. This shall be coordinated and confirmed with architect. Existing trench drains' waterproofing systems should be checked by certified plumbing contractor, and if any breakage of sealed membrane detected, it must be fixed to prevent any further leakage. | |
| 76 | Fire Protection | 1st Floor Heat Trace (Delivery Area) | Sprinkler System | Does not comply with NFPA 13 | Remove and replace heat trace to bring to code standard | NFPA 13 Section 8.16.4.1.4 |
| 77 | Fire Protection | 4" sprinkler main | CC compliance for sprinkler service | Does not comply with NYC building code | Remove single detector valve and check valve and replace with new gate valve and double check valve | NYC Building Code, Chapter 9, Section 912.5 |
| 78 | Fire Protection | Cellar | Sprinkler Coverage | There is no sprinkler coverage in the storage room , liquor storage room in cellar. | Correct per inspection notes | NYC Plumbing Code, Chapter 9, Section BC 903 |

| 79 | Fire Protection | Second Floor | Sprinkler Coverage | No converage for entire second floor and front stair area | Correct per inspection notes | NYC Plumbing Code, Chapter 9, Section BC 903 |